IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALAN HUNTER**                                                               **PLAINTIFF**

v.                  Case No.  4:15-cv-739 KGB

**JHOOK INVESTMENTS, INC. d/b/a
JHOOK TOWING AND RECOVERY; JEFF
HOOKER, Individually and as Officer and
Director of JHOOK INVESTMENTS, INC.;
IVY HALL, INC.; WILLIAM E. HALL,
Individually and as Officer and Director of
IVY HALL, INC.**                                      **DEFENDANTS**

## ORDER

Before the Court is a joint motion to dismiss (Dkt. No. 14).  In the motion, the parties indicate that they have settled this case and jointly request that the Court dismiss this case with prejudice, with each party to bear his or its own costs.  The Court grants the motion.  This case is dismissed with prejudice, with each party to bear his or its own costs.

It is so ordered this 7th day of December, 2016.

_____
Kristine G. Baker
United States District Judge